# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5240

_____

FRANK DEPINTO,

   Appellant,

v.

ROBIN SHADER and RACHAEL
FILLINGAME,

   Appellees.

_____


On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

February 20, 2019


PER CURIAM.

   DISMISSED as duplicative.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Frank DePinto, pro se, Appellant.

No appearance for Appellees.